23 A.3d 932

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOHN FLORENCE, DEFENDANT–PETITIONER.

August 3, 2011.

## CORRECTED ORDER ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

---

A petition for certification of the judgment in A–000275–08 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.